**Order entered October 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01202-CR

**BRIAN GAETA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA13-30802-N**

## ORDER

The Court **REINSTATES** the appeal.

On October 5, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is that he did not have a copy of State's Exhibit no. 1, the 911 call; and (4) counsel needs twenty days from October 8, 2015 to file appellant's brief.

We note that State's Exhibit no. 1, the 911 call, has not been filed with the reporter's record in this Court. Accordingly, we **ORDER** Vearneas Faggett, former official court reporter of the County Criminal Court No. 11, to file, within **FIFTEEN DAYS** of the date of this order, a

supplemental record containing State's Exhibit no. 1 with this Court and a duplicate copy with the Dallas County Clerk.  *See* TEX. R. APP. P. 34.6(h).

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Vearneas Faggett, now official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE